UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| DELISA M. HARRIS,<br><br>Plaintiff,<br><br>v.<br><br>MEI AUTO FINANCE, INC.,<br><br>Defendant. | Case No.  4:22-cv-00464-O |

## NOTICE OF VOLUNTARY DISMISSAL

NOW COMES the Plaintiff, DELISA M. HARRIS, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismissing her claims against Defendant, MEI AUTO FINANCE, INC., without prejudice, with all parties to bear their own attorney's fees and cost.

Dated: June 2, 2022             Respectfully submitted,

**DELISA M. HARRIS**

*/s/ Mohammed O. Badwan*
Mohammed O. Badwan, Esq.
Marwan R. Daher, Esq.
Counsel for Plaintiff
Sulaiman Law Group, Ltd
2500 S Highland Ave, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8180
mbadwan@sulaimanlaw.com

mdaher@sulaimanlaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 2, 2022, I electronically filed the foregoing with the Clerk of the Court for the Northern District of Texas by using the CM/ECF system.

*/s/ Mohammed O. Badwan*
Mohammed O. Badwan, Esq.